

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00812-CV

**IN THE ESTATE OF** Consuella Perkins **ULBRICH**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2011-PC-0686
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 43.4.

SIGNED August 19, 2015.

_____
Patricia O. Alvarez, Justice